UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| ANTHONY C. HARDY,<br><br>　　　　Plaintiff(s),<br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL AND UNITED STATES POSTAL SERVICE AGENCY,<br><br>　　　　Defendant(s). | Civil Action No.: 07-4148<br><br>ORDER DISMISSING CASE<br>Pursuant to F.R. Civ. P.4(m) |

It appearing that the above captioned action having been pending for more than 120 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed,

　　**It is on this 25ᵀᴴ day of JANUARY, 2008;**

　　**O R D E R E D** that the above captioned action be and is hereby dismissed, as to all defendants, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

_____<br>JOSE L. LINARES,<br>United States District Judge